## Ransom Estate.

Argued April 28, 1965. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

*Helen R. Bryant,* appellant, in propria persona.

*David J. Reedy, Jr.,* with him *VanDeusen, Van-
Deusen & Reedy,* for appellee.

OPINION PER CURIAM, May 25, 1965:
Affirmed.
Each party to bear own costs.